# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:14CR237 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE JOHN ADAMS |
| vs. | : | |
| | : | |
| ROBERT LEE EVANS, | : | **MOTION FOR ORDER TO** |
| | : | **FILE MOTION UNDER SEAL** |
| Defendant. | : | |

Defendant, through counsel, moves this Honorable Court, pursuant to Rule 49.4 of the Local Criminal Rules, to permit Mr. Evans to file his Motion to Recuse under seal.  Mr. Evans' motion, which is currently due on October 15 2014, will contain sensitive information about his history and current situation that should not be disclosed to the public.

For these reasons, Mr. Evans requests the Court issue an order allowing him to file his Motion to Recuse under seal.

Respectfully submitted,

*/s/Darin Thompson*_____
DARIN THOMPSON (#0067093)
Assistant Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: darin_thompson@fd.org.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2014, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/Darin Thompson_____
DARIN THOMPSON (#0067093)
Assistant Federal Public Defender