IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:14CR237 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | MOTION TO DENY DEFENDANT'S |
| ROBERT EVANS, | ) | SECOND MOTION TO FILE SEALED EX |
| | ) | PARTE MOTION |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Brendan D. O'Shea, Assistant U.S. Attorney, and moves that the Court deny Defendant's Second Motion for Court Order to File Sealed Ex Parte Motion ("Defendant's Motion").

As reason in support of the instant Government's motion the Government states that this Court denied the request for permission referenced in Defendant's Motion during Defendant's initial appearance on these proceedings.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:  /s/ Brendan D. O'Shea
     Brendan D. O'Shea (MA: 661677)
     Assistant United States Attorney
     Federal Building
     2 South Main Street, Room 208
     Akron, OH 44308
     (330) 812-7304
     Brendan.OShea2@usdoj.gov

2

CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of August 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                   /s/ Brendan D. O'Shea
                                                   Brendan D. O'Shea
                                                   Assistant U.S. Attorney